## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of June, two thousand and twenty-two,

Universitas Education, LLC

v.

Benistar et al.

**STIPULATION**
Docket Number: 22-830

It appears that the above-captioned appeal is premature in that some claims remain pending in district court and no Fed. R. Civ. P. 54(b) certification has issued.

The undersigned counsel for the parties stipulate that the above-captioned appeal is withdrawn with prejudice without costs or fees pursuant to FRAP 42(b). This stipulation shall not preclude an appeal from a final judgment or an otherwise appealable order.

Date: June 15, 2022

_____
Attorney for Appellant
Ilan Markus - Barclay Damon LLP
Print Name and Firm

Date: June 21st, 2022

_____
Attorney for Appellee For Grist Mill Partners,
Jeffrey Sklarz
Print Name and Firm Green & Sklarz, LLC