# PALMER ★ LEHMAN ★ SANDBERG

### A Texas Law Firm

**Board Certified in Civil Appellate Law**  **Member of the Bar, Texas and Florida**
By the Texas Board of Legal Specialization                                                     JSandberg@PamLaw.com

June 22, 2022

**Via Regular Mail and Email (civilcases@ca2.uscourts.gov):**
Second Circuit Court of Appeals
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**Re:**   Case 22-830, Document 53, 06/22/2022, 3336557 (Universitas Educ., LLC v. Benistar)

Gentlemen:

I begin by representing to you that I am not admitted to practice before your Court. I did not request admission regarding this appeal because it was obvious that your Court lacked jurisdiction, as the order that is the subject of Appellant's notice of appeal is an interlocutory order.

I did not join in the Stipulation document that was filed because I did not receive a request to do so. I assume that this was because the interlocutory order that is the subject of Appellant's notice of appeal did not grant relief in favor of my clients in the District Court.

If you require additional information from me, I am happy to cooperate.

Sincerely,

/s/ Jeffrey R. Sandberg
Jeffrey R. Sandberg

JRS

Cc via email:
  Joe Manson, Esq. (jmanson@jmansonlaw.com)
  Ilan Markus, Esq. (imarkus@barclaydamon.com)
  Jeffrey Sklarz, Esq. (jsklarz@gs-lawfirm.com,)

I:\14184\Ct Dist Ct - PJ (738)\Appeal\Letter to Second Circuit.220622..docx

Palmer Lehman Sandberg, PLLC

Campbell Centre I ★ 8350 N. Central Expressway, Suite 1111 ★ Dallas, Texas 75206 ★ P: (214) 242-6444 ★ F: (214) 265-1950 ★ www.pamlaw.com