**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT
_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of June, two thousand twenty-two,

_____

Universitas Education, LLC,

    Plaintiff - Appellant,

v.

Benistar Admin Services, Inc., TPG Group Inc, Moonstone Partners, LLC, Donald Trudeau, Molly Carpenter, Jane Doe, Entities Under Control of Molly Carpenter and/or Donald Trudeau and Entities Under Control of Judgment Debtors, Grist Mill Partners, LLC,

    Defendants - Appellees,

Benistar, Greyhound Partners, LLC, 1&3 Mill Pond Partners, LLC, Seir Hill Partners, LLC, Birch Hill Partners, LLC, Caroline Meckel, Steven Meckel, Alliance Charitable Trust, Phoenix Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust, Carpenter Charitable Trust,

    Defendants.
_____

**ORDER**
Docket No. 22-830

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/23/2022